# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA —SOUTHERN DIVISION

| | |
|---|---|
| Charles Edwin Watson,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>OCWEN LOAN SERVICING, LLC, NORTHWEST TRUSTEE SERVICES, INC., GREEN TREE SERVICING LLC, and DOES 1-100, Inclusive,<br><br>　　　　Defendants. | Case No. EDCV14-00150 AG (AGRx)<br>Hon. Andrew J. Guilford<br>Ctrm. 10-D<br><br>**JUDGMENT**<br><br>Action Filed:　December 17, 2013<br>Removal Date: January 24, 2014<br>Trial Date:　　None Set |

11293.0321/3213234.1

[PROPOSED] JUDGMENT

PURSUANT to this Court's order dismissing this action on April 7, 2014, it is **HEREBY ORDERED, ADJUDGED, and DECREE**D that:

Judgment is entered for Defendants Ocwen Loan Servicing, LLC and Green Tree Servicing LLC and against Plaintiff Charles Edwin Watson.

DATED:  April 10, 2014     By: _____
HON. ANDREW J. GUILFORD
UNITED STATES DISTRT COURT JUDGE

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28